PS 8
(Rev. 4.2020)

# UNITED STATES DISTRICT COURT
for
WESTERN DISTRICT OF TEXAS

**FILED**
November 19, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____sec_____
DEPUTY

U.S.A. vs. Gregory Solaris    Docket No. 1:24CR00313-3

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jessica Stricklin, pretrial services/probation officer, presenting an official report upon the conduct of defendant Gregory Solaris, who was placed under pretrial release supervision by the U.S. Magistrate Judge, Dustin M. Howell, sitting in the court at Western District of Texas - Austin Division on the 17th date of September, 2025 under the following conditions:

> See Appearance Bond and Conditions of Release dated September 16, 2025.
>
> (7)(b) Continue or actively seek employment
>
> (7)(m) Not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> The defendant remains unemployed and has not submitted proof of seeking employment.
>
> On November 3, 2025, the defendant submitted a positive urine specimen for Amphetamines.
>
> Pretrial Services contacted the defendant with the results, to which he denied use. Confirmation results were requested on that same date.
>
> On November 19, 2025, positive confirmation for Amphetamines was received.
>
> It should be noted the defendant previously completed 120 day substance abuse treatment which he was successfully discharged on October 23, 2025.
>
> On November 19, 2025, Assistant U.S. Attorney, Keith Henneke was advised of these violations and concurs with the recommendation of Pretrial Services.

PRAYING THAT THE COURT WILL ORDER that a warrant be issued for the arrest of the defendant and that he be brought before the Court to explain why his bond should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/19/2025

PS 8
(Rev. 12/04)

| | |
|---|---|
| ORDER OF COURT | *Jessica Stricklin* |
| Considered and ordered this __19th__ day of __November__, __2025__ and ordered filed and made a part of the records in the above case. | U.S. Pretrial Services Officer   Phone Number   (512) 413-5497 |
| | *Amanda R. Cabello* |
| _____ U.S. District Judge/Magistrate Judge | Supervisory U.S. Pretrial Services Officer   Phone Number   +1 (210) 818-7861 |
| | Place   U.S. Pretrial Services 501 W. 5th St., Suite 3200 Austin, Texas 78701 |